Jeffrey P. Gardner, Esq. (JG-0984)
National Labor Relations Board
20 Washington Place, 5th Floor
Newark, NJ 07102
Telephone: (973) 645-3319
Fax: (973) 645-3852
Jeffrey.Gardner@nlrb.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| J. MICHAEL LIGHTNER,<br>Regional Director of Region 22 of the<br>National Labor Relations Board for and on<br>behalf of the National Labor Relations Board<br><br>　　　　　　　　　　　Petitioner<br><br>　　　　v.<br><br>ALDEN LEEDS, INC.<br><br>　　　　　　　　　　　Respondent | <br><br><br><br><br><br><br><br>Civil No. 10- 3237 |

## PROPOSED ORDER GRANTING TEMPORARY INJUNCTION

This case was heard on the verified petition of J. Michael Lightner, Regional Director of Region 22 of the National Labor Relations Board, for and on behalf of the Board, for a temporary injunction pursuant to Section 10(j) of the National Labor Relations Act, as amended, 29 U.S.C. SEC. 160(j), pending final disposition of the matters now before the Board in Case 22-CA-28439 and upon the issuance of an order to show cause why injunctive relief should not be granted as prayed in said petition.

The Court, upon consideration of the pleadings, evidence, memoranda, argument of counsel and the entire record in the case, has found and concluded that there is

reasonable cause to believe that Alden Leeds, Inc., herein referred to as Respondent, has engaged in and is engaging in acts and conduct in violation of Section 8(a)(1) (3) and (5) of the Act and that the requested temporary injunctive relief pursuant to Section 10(j) of the Act is just and proper in this case.

Now, therefore, upon the entire record it is ORDERED that pending the final disposition of the proceeding before the National Labor Relations Board, Respondent, its officers, agents, servants, employees and attorneys and all persons acting in concert or participation with it or them shall be and they are hereby:

A. Enjoined and Restrained from:

  (1) locking out its employees, or otherwise discriminating against employees because of their support for the Union

  (2) In any other manner interfering with, restraining or coercing its employees in the exercise of their rights guaranteed under Section 7 of the Act.

B. Ordered to take the following affirmative action:

  (1) Within five (5) days of the issuance of this order, return the following employees to their previous positions of employment, displacing, if necessary any employees hired or reassigned to replace them: Aleida Abreu, Joshua Abreu, Michael Alcime, Maria Alvarado, Walter Baldwin, Louisnor Baptiste, Ronald Beasley, Dwayne Cade, Christian Canesco, Gloria Cano, Esperance Castelant, Joseph Damord, ▇▇▇ ▇▇▇, Marguerite Elize, Celica Estinphil, Dievola Etienne, Gerard Exea, Jean Fouron, Evelt Garraud, Simon Hemby, Vincent Hernandez,

Frantz Issac, Louis Jusino, Alberta Mena, Lenin Murillo, Ronald Murillo-Tandazo, Lesly Narcisse, Elysee Noel, Melvin Pellot, Luis Perez, Pierre Phanor, Claudio Pichardo, Meres Pierre, Wilekson Pierrecin, Jhon Quezada, Jamie Reinoso, Brenda Rodriguez, Gertrudis Rodriguez, Roberto Rodriguez, Rosa Rodriquez, Gerda Rosalva, Rock Rosalva, Carole Starks, Wilson A. Suscal, Juan Tapia, Carlos Velasquez, Luiz Velez, Jacob Vincent, Murat Vincent, Camille Williams, and Diane Williams.

(2) Post copies of the District Court's ████████ order, together with Spanish translations prepared at the Employer's expense, to be approved by the Regional Director of Region 22 of the Board, at both of Respondent's South Kearny, New Jersey facilities where notices to employees are customarily posted, said posting to be maintained during the Board's administrative proceedings, free from all obstructions and defacements; allow all employees free and unrestricted access to said postings; and grant to agents of the Board reasonable access to Respondent's facilities to monitor compliance with this posting requirement.

(3) Within twenty (20) days of the issuance of the District Court's decision and order, file with the District Court, with a copy submitted to the Regional Director of Region 22 of the Board, a sworn affidavit from a responsible official of Respondent setting forth with specificity the manner in which Respondent has complied with the terms of this

decree, including the date and exact location where Respondent has posted the required documents under this order.

This Order of the United States District Court shall expire six months from the date of its issuance; *provided however*, that Petitioner may, upon motion, request an additional thirty-day extension of this Order if it appears that the final decision of the Board's administrative law judge on the underlying unfair labor practice complaint in NLRB Case 22-CA-29188 is imminent. *Provided further*, that after the issuance of said decision of the administrative law judge, upon motion of Petitioner, this Order may be extended, pending the Board's final decision, for an additional period not to exceed six months; *provided further*, that Petitioner may, upon motion, request an additional thirty-day extension of this Order if it appears that the final decision of the Board on the underlying unfair labor practice complaint is imminent.

IT IS FURTHER ORDERED that service of a copy of this order, shall be forthwith made upon Respondent by an agent of the Board in any manner provided in the Federal Rules of Civil Procedure for the United States District Courts or by certified mail and that proof of such service be filed herein.

ORDERED at Newark, New Jersey this 21st day of July, 2010.

_____
United States District Judge
District of New Jersey

4